IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

**v.**                                                                   **Case No. 1:25-cv-280-AW-ZCB**

**SECRETARY OF FLORIDA**
**FAMILIES AND CHILDREN**
**SERVICES,**

    **Respondent.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner Michael Lorusso has filed numerous § 2241 cases in this court, all challenging his state detention. This is one of those cases. The magistrate judge recommends dismissal based on *Younger* abstention and because the petition is duplicative. ECF No. 7. Lorusso has filed a motion for reconsideration, ECF No. 8, which I construe as an objection to the report and recommendation. Having considered the report and recommendation, and having considered de novo the issues raised in Lorusso's objection, I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed as duplicative and based on *Younger* abstention." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on October 31, 2025.

                                                                               s/ *Allen Winsor*
                                                                               Chief United States District Judge